1  Nathan R. Ring
   NV State Bar No. 12078
2  **STRANCH, JENNINGS & GARVEY, PLLC**
   3100 W. Charleston Boulevard, Suite 208
3  Las Vegas, NV 89102
   Telephone: (725) 235-9750
4  lasvegas@stranchlaw.com

5  Sabita J. Soneji (pro hac vice forthcoming)
   **TYCKO & ZAVAREEI LLP**
6  1970 Broadway, Suite 1070
   Oakland, CA 94612
7  Phone: (510) 254-6808
   ssoneji@tzlegal.com
8
   F. Peter Silva, II (pro hac vice forthcoming)
9  **TYCKO & ZAVAREEI LLP**
   2000 Pennsylvania Avenue, NW, Suite 1010
10 Washington, D.C. 20006
   Phone: (202) 973-0900
11 psilva@tzlegal.com

12 *Attorneys for Plaintiff and the Proposed Class*

13 Todd L. Bice
   NV State Bar No. 4534
14 **PISANELLI BICE, PLLC**
   400 S. 7th Street Suite 300
15 Las Vegas, NV 89101
   Telephone: 702.214.2100
16 tlb@pisanellibice.com

17 Angela C. Agrusa (CA State Bar No 131337)*
   **DLA PIPER LLP (US)**
18 2000 Avenue of the Stars
   Suite 400 North Tower
19 Los Angeles, CA 90067-4735
   Telephone: 310.595.3000
20 angela.agrusa@us.dlapiper.com

21 *\*Pro hac vice application forthcoming*

22 *Attorneys for Defendant*
   *MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD G. RUNDELL, individually and on behalf of all others similarly situated<br><br>Plaintiff, | Case No. 2:23-cv-01698<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FIRST REQUEST)** |

v.

MGM RESORTS INTERNATIONAL,

Defendant.

Pursuant to LR IA 6-1, Plaintiff Ronald G. Rundell and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate that MGM's time to respond to the Complaint be extended from the current deadline of November 14, 2023, to and including December 12, 2023. This is the first stipulation for an extension of time to file MGM's responsive pleading.

Good cause exists to enlarge the time for MGM to respond to the Complaint. Between September 21 and November 1, 2023, ten other related actions were filed against MGM in this and two other federal courts (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777 (D. Nev.); *Albrigo v. MGM Resorts Int'l*, No. 3:23-cv-01797 (S.D. Cal.); *Lassoff v. MGM Resorts Int'l, et al.*, No. 1:23-cv-20419 (D.N.J.).

MGM's counsel was only recently retained and requires additional time to review, investigate, and analyze the allegations in both the Complaint and the Related Actions. Moreover, based on the Parties' current understanding of the claims, there are significant overlaps between this action and the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions, evaluate the potential consolidation of the cases, and conserve judicial resources.

The Parties' request is made in good faith to enable MGM to complete an investigation into Plaintiff's claims. Moreover, this case is in its infancy, and this request will not prejudice any party.

1      A proposed order is attached.

2      **WHEREAS** the Parties respectfully request that the Court extend MGM's time to answer, move, or otherwise respond to the Complaint from November 14, 2023, to and including December 12, 2023.

Dated: November 3, 2023           Respectfully submitted,

/s/ Nathan R. Ring

Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Sabita J. Soneji (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: (510) 254-6808
ssoneji@tzlegal.com

F. Peter Silva, II (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
psilva@tzlegal.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Todd L. Bice

Todd L. Bice
NV State Bar No. 4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

1
2    Angela C. Agrusa
     (pro hac vice forthcoming)
3    **DLA PIPER LLP (US)**
     2000 Avenue of the Stars
4    Suite 400 North Tower
     Los Angeles, CA 90067-4735
5    Telephone: 310.595.3000
     angela.agrusa@us.dlapiper.com

6    *Attorneys for Defendant*
     *MGM Resorts International*
7
8
9
10   **IT IS SO ORDERED** that the parties' stipulation to extend time to file Defendant's response to complaint (ECF No. 8) is GRANTED.
11
12
13   _____
     DANIEL J. ALBREGTS
14   UNITED STATES MAGISTRATE JUDGE
15   DATED: 11/6/2023
16
17
18
19
20
21
22
23
24
25
26
27
28