1  Nathan R. Ring
   NV State Bar No. 12078
2  **STRANCH, JENNINGS & GARVEY, PLLC**
   3100 W. Charleston Boulevard, Suite 208
3  Las Vegas, NV 89102
   Telephone: (725) 235-9750
4  lasvegas@stranchlaw.com

5  Sabita J. Soneji (pro hac vice forthcoming)
   **TYCKO & ZAVAREEI LLP**
6  1970 Broadway, Suite 1070
   Oakland, CA 94612
7  Phone: (510) 254-6808
   ssoneji@tzlegal.com
8
   F. Peter Silva, II (pro hac vice forthcoming)
9  **TYCKO & ZAVAREEI LLP**
   2000 Pennsylvania Avenue, NW, Suite 1010
10 Washington, D.C. 20006
   Phone: (202) 973-0900
11 psilva@tzlegal.com

12 *Attorneys for Plaintiff and the Proposed Class*

13 Todd L. Bice
   NV State Bar No. 4534
14 **PISANELLI BICE, PLLC**
   400 S. 7th Street Suite 300
15 Las Vegas, NV 89101
   Telephone: 702.214.2100
16 tlb@pisanellibice.com

17 Angela C. Agrusa (CA State Bar No 131337)*
   **DLA PIPER LLP (US)**
18 2000 Avenue of the Stars
   Suite 400 North Tower
19 Los Angeles, CA 90067-4735
   Telephone: 310.595.3000
20 angela.agrusa@us.dlapiper.com

21 *Pro hac vice application forthcoming*

22 *Attorneys for Defendant*
   *MGM Resorts International*
23

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD G. RUNDELL, individually and on behalf of all others similarly situated | Case No. 2:23-cv-01698 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-01698

1

1   v.
2   MGM RESORTS INTERNATIONAL,
3                       Defendant.
4

5        Pursuant to LR IA 6-1, Plaintiff Ronald G. Rundell and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of December 12, 2023 to and including January 11, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on November 6, 2023. ECF No. 9.

     Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently ten other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Owens v. MGM Resorts Int'l*, No. 2:23-cv-1480 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719 (D. Nev.) *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826. One other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts Int'l*, No. 1:23-cv-20419.

     The parties in the Related Actions are actively preparing a joint motion to consolidate the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions and finalize the joint motion.

     The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

     **WHEREAS** the Parties respectfully request that MGM shall have until January 11,

1  2024 to answer, move, or otherwise respond to the Complaint.

2  Dated:  December 11, 2023         Respectfully submitted,

/s/ Nathan R. Ring

Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Sabita J. Soneji (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: (510) 254-6808
ssoneji@tzlegal.com

F. Peter Silva, II (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
psilva@tzlegal.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Todd L. Bice

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

                Angela C. Agrusa
                **DLA PIPER LLP (US)**
                2000 Avenue of the Stars
                Suite 400 North Tower
                Los Angeles, CA 90067-4735
                Telephone: 310.595.3000
                angela.agrusa@us.dlapiper.com

                *Attorneys for Defendant*
                *MGM Resorts International*

**IT IS SO ORDERED** that the parties' stipulation (ECF No. 13) is GRANTED. Defendant MGM Resorts International shall have until January 11, 2024 within which to respond to the complaint.

_____
DANIEL J. ALBRECTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/13/2023

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-01698

4