Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Sabita J. Soneji (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: (510) 254-6808
ssoneji@tzlegal.com

F. Peter Silva, II (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
psilva@tzlegal.com

*Attorneys for Plaintiff and the Proposed Class*

Todd L. Bice
NV State Bar No. 4534
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-1698

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD G. RUNDELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01698<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Ronald G. Rundell and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of January 11, 2024 to and including March 11, 2024. This is the third stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on December 13, 2023. ECF No. 14.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently twelve other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Zussman v. Vici Properties Inc., et al.*, No. 2:23-cv-01537; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts Int'l*.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019

1  Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,
2  notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM*
3  *Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF 186, 188.  Plaintiffs
4  in this action have opposed this effort because the 2019 Actions involved a different threat
5  actor and different data.

6  The parties in the Related Actions are discussing this development in addition to the
7  consolidation of the Related Actions. As such, additional time is required to permit time to
8  meet and confer with the various parties to the Related Actions.

9  The Parties' request is made in good faith to enable the parties to finalize the joint
10 motion for consolidation and conserve judicial and party resources. Moreover, this case is
11 in its infancy, and this request will not prejudice any party.

12 **WHEREAS** the Parties respectfully request that MGM shall have until March 11,
13 2024, to answer, move, or otherwise respond to the Complaint.

14  Dated:  January 8, 2024                          Respectfully submitted,

16                                                  */s/* Nathan R. Ring
                                                    Nathan R. Ring
                                                    NV State Bar No. 12078
17                                                  **STRANCH, JENNINGS & GARVEY,**
                                                    **PLLC**
18                                                  3100 W. Charleston Boulevard, Suite 208
                                                    Las Vegas, NV 89102
19                                                  Telephone: (725) 235-9750
                                                    lasvegas@stranchlaw.com

                                                    Sabita J. Soneji (pro hac vice forthcoming)
21                                                  **TYCKO & ZAVAREEI LLP**
                                                    1970 Broadway, Suite 1070
22                                                  Oakland, CA 94612
                                                    Phone: (510) 254-6808
23                                                  ssoneji@tzlegal.com

F. Peter Silva, II (pro hac vice forthcoming)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
psilva@tzlegal.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Todd L. Bice
Todd L. Bice, #4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant
MGM Resorts International*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/10/2024